IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD GADDIS, | ) |
|       Plaintiff, | ) |
| vs. | ) Case No. 18-CV-1437-SMY-GCS |
| TOM STEARNS, LOGAN SPINKA, CITY OF MARION, DOROTHY MCCOMBS, and BRENDA GRANT, | ) |
|       Defendants. | ) |

## MEMORANDUM AND ORDER

Pending before the Court are Plaintiff Donald Gaddis' Motions to Dismiss Case against Logan Spinka and Brenda Grant (Docs. 65 and 66). A plain reading of Federal Rule of Civil Procedure 41(a) suggests that dismissal under this rule should be used only to dismiss an entire action (rather than a particular claim against a particular defendant). *See Taylor v. Brown*, 787 F.3d 851, 857 (7th Cir. 2015) (Rule 41(a) is "limited to dismissal of an entire action" and Rule 15(a) is the proper vehicle for "adding or dropping parties and claims"). Plaintiff must therefore file an amended complaint consistent with Rule 15 in order to drop Spinka and Grant as parties. Accordingly, the Motions are **DENIED without prejudice**.

    IT IS SO ORDERED.

    DATED: October 15, 2019

                                                      **STACI M. YANDLE**
                                                      **United States District Judge**